CLOSED,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:15-cv-02664-KMK
### Internal Use Only

| | |
|---|---|
| Grand Pacific Finance Corp. v. 97-111 Hale, LLC et al | Date Filed: 04/06/2015 |
| Assigned to: Judge Kenneth M. Karas | Date Terminated: 04/06/2015 |
| Cause: 28:1452 R&R re motions to remand (non-core) | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Debtor**
**97-111 Hale, LLC**                    represented by **Julie Anna Cvek**
Delbello, Donnellan, Weingarten, Wise
& Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914)-681-0200
Email: jcurley@ddw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**
**100-114 Hale, LLC**                   represented by **Julie Anna Cvek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Grand Pacific Finance Corp.**

V.

**Defendant**
**97-111 Hale, LLC**                    represented by **Julie Anna Cvek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SDNY CM/ECF Version 5.1.1 15-08224-rdd    Doc 1-1    Filed 04/07/15    Entered 04/07/15 11:46:42    Docket Sheet for 15-cv-2664    Pg 2 of 3

https://ecf.nysd.circ2.dcn/cgi-bin/DktRpt.pl?263890217721338-L_1_0-1

| | |
|---|---|
| **100-114 Hale, LLC** | represented by **Julie Anna Cvek**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Joe Bobker

**Defendant**

The City of White Plains

**Defendant**

The County of Westchester

**Defendant**

People of the State of New York

**Defendant**

"John Doe" Nos. 125

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2015 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Westchester. Case Number: 8084/09. (Filing Fee $350.00, Receipt Number 465407011045).Document filed by 97-111 Hale, LLC, 100-114 Hale, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(lnl) (Entered: 04/07/2015) |
| 04/06/2015 | 2 | CIVIL COVER SHEET filed. (lnl) (Entered: 04/07/2015) |
| 04/06/2015 | | Case Designated ECF. (lnl) (Entered: 04/07/2015) |
| 04/06/2015 | | Magistrate Judge Judith C. McCarthy is so designated. (lnl) (Entered: 04/07/2015) |
| 04/06/2015 | 3 | AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case Nos. 15-22381 (RDD) and 15-22382 (RDD). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (lnl) (Entered: 04/07/2015) |
| 04/06/2015 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York. Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order on 4/7/2015. Case opened on USBC-SDNY on 4/7/2015 - See BK Adversary Case No. 15-8224. (lnl) (Entered: 04/07/2015) |